**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

FRANK EDWARD BURGESS
TINA SUE BURGESS
        Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
       Movant
    vs.
No Respondents.

Case No.:15-10642 TPA

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 25, 2018

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 06/16/2015  and confirmed on 10/14/15 .  The case was subsequently         Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 22,281.00 |
| Less Refunds to Debtor | 1,283.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,997.66 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,730.00 | |
|    Trustee Fee | 923.87 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,653.87 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FANNIE MAE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6867 | | | | |
|   SANDY LAKE BOROUGH** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXO PA | | | | |
|   FANNIE MAE++ | 3,309.04 | 3,309.04 | 0.00 | 3,309.04 |
|     Acct: 6867 | | | | |
|   FANNIE MAE++ | 0.00 | 12,994.53 | 0.00 | 12,994.53 |
|     Acct: 6867 | | | | |
|   FANNIE MAE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6867 | | | | |
|   CAPITAL ONE AUTO FINANCE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0874 | | | | |
| | | | | 16,303.57 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK EDWARD BURGESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK EDWARD BURGESS | 1,283.34 | 1,283.34 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 2,730.00 | 2,730.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ALLIED ADJUSTORS | 80.00 | 0.12 | 0.00 | 0.12 |
|     Acct: XX9421 | | | | |
|   ASSOCIATES IN RESP MEDICINE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX1080 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERI( | 1,822.05 | 2.73 | 0.00 | 2.73 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 6379 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 958.85 | 1.44 | 0.00 | 1.44 |
| Acct: 1951 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 925.99 | 1.39 | 0.00 | 1.39 |
| Acct: 5708 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERI( | 622.58 | 0.93 | 0.00 | 0.93 |
| Acct: 3001 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 593.75 | 0.89 | 0.00 | 0.89 |
| Acct: 7860 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,427.40 | 2.15 | 0.00 | 2.15 |
| Acct: 2126 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 320.04 | 0.48 | 0.00 | 0.48 |
| Acct: 5318 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6520 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7050 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5263 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7847 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6322 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7048 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,354.61 | 2.04 | 0.00 | 2.04 |
| Acct: 1148 | | | | |
| MASSEYS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX05A2 | | | | |
| MERRICK BANK | 1,299.81 | 1.95 | 0.00 | 1.95 |
| Acct: 1109 | | | | |
| MERRICK BANK | 1,172.47 | 1.76 | 0.00 | 1.76 |
| Acct: 6925 | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX563O | | | | |
| DR LEONARDS SHOP NOW | 284.27 | 0.43 | 0.00 | 0.43 |
| Acct: 7A4A | | | | |
| SPRINGLEAF FINANCIAL SVCS OF PA IN( | 12,316.70 | 18.49 | 0.00 | 18.49 |
| Acct: 0908 | | | | |
| SUPERIOR AMBULANCE SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7310 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |
| WASTE MANAGEMENT* (PMT) | 141.46 | 0.21 | 0.00 | 0.21 |
| Acct: 3512 | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8269 | | | | |
| ZOLL LIFECOR CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0702 | | | | |
| GINNYS | 217.73 | 0.33 | 0.00 | 0.33 |
| Acct: 1630 | | | | |
| CAPITAL ONE AUTO FINANCE** | 3,254.24 | 4.88 | 0.00 | 4.88 |
| Acct: 0874 | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW L SPIVACK ESQ FOR JOSEPH I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 40.22 |

| | | |
|---|---|---|
| 15-10642 TPA | | Page 3 of 3 |
| TOTAL PAID TO CREDITORS | | 16,343.79 |
| TOTAL | | |
| CLAIMED | 0.00 | |
| PRIORITY | 3,309.04 | |
| SECURED | 26,791.95 | |

Date: 09/25/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    FRANK EDWARD BURGESS<br>    TINA SUE BURGESS<br>        Debtor(s)<br><br>    Ronda J. Winnecour<br>        Movant<br>        vs.<br>    No Repondents. | Case No.:15-10642 TPA<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                   BY THE COURT:

                                                                                  _____
                                                                                  U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-10642-TPA
Frank Edward Burgess                                                      Chapter 13
Tina Sue Burgess
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-1          User: gamr              Page 1 of 3          Date Rcvd: Oct 02, 2018
                              Form ID: pdf900         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db/jdb         +Frank Edward Burgess,    Tina Sue Burgess,    1128 Walnut Street,    Stoneboro, PA 16153-3836
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14063333       +Allied Adjustors,    Po Box 1006,   Aliquippa, PA 15001-0806
14063336      ++BONDED COLLECTION CORPORATION,    PO BOX 2248,    NORCROSS GA 30091-2248
                (address filed with court: Bonded Collection Corporation,     PO Box 2248,    Norcross, GA 30091)
14063335       +Berman & Rabin PA,    15280 Metcalf Avenue,    Overland Park, KS 66223-2811
14063337       +Brighton Radiology Associates PC,    3582 Broadhead Road,    Suite 201,    Monaca, PA 15061-3142
14063339       +Capital One,   701 East 60th Street,    Sioux Falls, SD 57104-0432
14063343       +Convergent Outsourcing, Inc.,    10750 Hammerly Boulevard,    # 200,    Houston, TX 77043-2317
14063348       +Delta Outsourcing Group Inc,    PO Box 1210,    O Fallon, MO 63366-9010
14063350       +Dsnb Macys,   9111 Duke Boulevard,    Mason, OH 45040-8999
14063353       +Grove City Medical Center,    631 North Broad Street Extension,    Grove City, PA 16127-4603
14063357        National Enterprise Systems,    2925 Solon Road,    Solon, OH 44139
14063360       +Santander Consumer Usa,    Po Box 961245,    Ft Worth, TX 76161-0244
14063362       +ShopNow Pay Plan,    PO Box 2852,   Monroe, WI 53566-8052
14063365       +Superior Ambulance Company,    921 East Main Street,    PO Box 247,    Grove City, PA 16127-0247
14063371       +Wolfcreek Medical Associates,    631 North Broad Street Extension,    Grove City, PA 16127-4603
14063372       +Zoll,   PO Box 644321,    Pittsburgh, PA 15264-4321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 03 2018 02:39:22
                 Capital One Auto Finance c/o Ascension Capital Gro,    AIS Portfolio Services, LP,
                 f/k/a AIS Data Services,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, ok 73118-7901
14063338       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 02:39:43      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14063340       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 03 2018 02:39:28
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
14090665       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 03 2018 02:38:59
                 Capital One Auto Finance c/o AIS Portfolio Service,    LP f/k/a AIS Data Services,
                 d/b/a/ Ascension Capital Group,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14079443        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 03 2018 02:39:43
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14063341       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 02:33:52
                 Comenity Bank / Fashion Bug,    Po Box 182789,    Columbus, OH 43218-2789
14063342       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 03 2018 02:33:52
                 Comenity Bank / Lane Bryant,    Po Box 182789,    Columbus, OH 43218-2789
14063344       +E-mail/Text: kzoepfel@credit-control.com Oct 03 2018 02:34:22      Credit Control LLC,
                 5757 Phantom Drive,    Suite 330,    Hazelwood, MO 63042-2429
14063345       +E-mail/Text: abovay@creditmanagementcompany.com Oct 03 2018 02:34:43
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
14063346       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 03 2018 02:39:50      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14063347       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 03 2018 02:39:03      Credit One Bank,
                 PO Box 98875,    Las Vegas, NV 89193-8875
14063349       +E-mail/Text: bankruptcynotices@dcicollect.com Oct 03 2018 02:34:47
                 Diversified Consultants Inc,    PO Box 551268,    Jacksonville, FL 32255-1268
14095351       +E-mail/Text: bankruptcy@sccompanies.com Oct 03 2018 02:33:29      Dr Leonards Shop Now,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14063351       +E-mail/Text: Banko@frontlineas.com Oct 03 2018 02:35:14      Frontline Asset Strategies LLC,
                 2700 Snelling Avenue North,    Suite 250,    Saint Paul, MN 55113-1783
14079427        E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2018 02:33:48      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
14095354       +E-mail/Text: bankruptcy@sccompanies.com Oct 03 2018 02:35:15      Ginny's,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14063352      ++E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2018 02:33:48      Green Tree,    PO Box 6172,
                 Rapid City, SD 57709-6172
14079428       +E-mail/Text: bankruptcy.bnc@ditech.com Oct 03 2018 02:33:48      Green Tree Servicing LLC,
                 PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
14124826        E-mail/Text: resurgentbknotifications@resurgent.com Oct 03 2018 02:39:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14063354       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 03 2018 02:39:51      Lvnv Funding LLC,
                 Po Box 10497,    Greenville, SC 29603-0497
14123170        E-mail/Text: bkr@cardworks.com Oct 03 2018 02:33:29      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14063355       +E-mail/Text: bankruptcy@sccompanies.com Oct 03 2018 02:33:30      Massey's,    PO Box 2822,
                 Monroe, WI 53566-8022
14063356       +E-mail/Text: bkr@cardworks.com Oct 03 2018 02:33:29      Merrick Bank,    Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY 11804-9001

```
District/off: 0315-1           User: gamr                 Page 2 of 3                   Date Rcvd: Oct 02, 2018
                               Form ID: pdf900            Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14131636          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 03 2018 02:39:48
                   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14079837          E-mail/Text: bnc-quantum@quantum3group.com Oct 03 2018 02:33:57
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14063364          E-mail/PDF: cbp@onemainfinancial.com Oct 03 2018 02:39:39      Springleaf Financial Services,
                   18947 Park Avenue Plaza,    Meadville, PA 16335
14063363          E-mail/PDF: cbp@onemainfinancial.com Oct 03 2018 02:38:53      Springleaf Financial Services,
                   601 Nw 2nd Street,    Evansville, IN 47708
14086551          E-mail/PDF: cbp@onemainfinancial.com Oct 03 2018 02:39:39      Springleaf Financial Services,
                   PO Box 3251,    Evansville, IN 47731
14063361         +E-mail/Text: bankruptcy@sccompanies.com Oct 03 2018 02:35:15        Seventh Avenue,
                   1112 7th Avenue,    Monroe, WI 53566-1364
14063368         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 03 2018 02:33:32
                   Verizon,    500 Technology Drive,    Suite 550,    Weldon Spring, MO 63304-2225
14122881         +E-mail/Text: rmcbknotices@wm.com Oct 03 2018 02:34:53      Waste Management,
                   2625W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
14063369         +E-mail/Text: rmcbknotices@wm.com Oct 03 2018 02:34:53      Waste Management,   1001 Fannin,
                   Suite 4000,    Houston, TX 77002-6711
14063370         +E-mail/Text: bnc-bluestem@quantum3group.com Oct 03 2018 02:34:49        Webbank / Fingerhut,
                   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 33

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Capital One Auto Finance
cr                Ditech Financial LLC
cr                Green Tree Servicing, LLC
14063366          The Borough of Sandy Lake
14063334        ##+Associates in Respiratory Medicine,    5131 Liberty Avenue,    Pittsburgh, PA 15224-2217
14063358        ##+Northwest Consumer Discount Company,    Po Box 1178,    Hermitage, PA 16148-0178
14063359        ##+RMS,   4836 Brecksville Road,    PO Box 509,    Richfield, OH 44286-0509
14063367        ##+Van Ru Credit Corporation,    1350 East Touhy Avenue,    Suite 300E,    Des Plaines, IL 60018-3342
                                                                                 TOTALS: 4, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:

```
              Daniel P. Foster    on behalf of Joint Debtor Tina Sue Burgess dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Frank Edward Burgess dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Joseph P. Schalk    on behalf of Creditor   Ditech Financial LLC jschalk@barley.com,
               sromig@barley.com
              Laurence A. Mester    on behalf of Creditor   Capital One Auto Finance lmester@mesterschwartz.com,
               jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Green Tree Servicing, LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
```

```
District/off: 0315-1          User: gamr              Page 3 of 3            Date Rcvd: Oct 02, 2018
                              Form ID: pdf900         Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 8