**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 15-10642-TPA** |
| **Frank Edward Burgess AND** | : | **Chapter 13** |
| **Tina Sue Burgess,** | : | |
|     **Debtors** | : | |
| | : | **Docket No.: 107** |
| **Frank Edward Burgess AND** | : | |
| **Tina Sue Burgess,** | : | |
|     **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     **Chapter 13 Trustee,** | : | |
|     **Respondent** | : | |

**CONSENT ORDER FOR VEHICLE FINANCING**

NOW, this _____ day of October 2018, upon an agreement reached by the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtors are *at the end of a 36-month plan term* and the case will be coming to a close, it is

ORDERED, that the Debtors may pursue post-petition vehicle financing, with a monthly payment of no more than $350.00 per month, through the conclusion and closing of the Bankruptcy case, it is

ORDERED that the Debtors do NOT have to incorporate the terms of the financing into the Chapter 13 plan and they may pay directly from the vehicle loan inception, it is

ORDERED that the Debtors will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

                                                                                                  _____

                                                                                                    UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster_____

Daniel P. Foster, PA I.D. # 92376

Attorney for Debtors

Foster Law Offices

PO Box 966

Meadville PA  16355

(814) 724-1165

dan@mrdebtbuster.com


/s/ Jana S. Pail_____

Jana S. Pail, PA I.D. # 88910

Attorney for Chapter 13 Trustee

US Steel Tower – Suite 3250

600 Grant St.

Pittsburgh, PA  15219

(412) 471-5566

jpail@chapter13trusteewdpa.com