FILED
10/23/18 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 15-10642-TPA |
| Frank Edward Burgess AND | : | Chapter 13 |
| Tina Sue Burgess, | : | |
| Debtors | : | |
| | : | Docket No.: 107 |
| Frank Edward Burgess AND | : | |
| Tina Sue Burgess, | : | |
| Movants | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CONSENT ORDER FOR VEHICLE FINANCING

NOW, this __23rd__ day of October 2018, upon an agreement reached by the Debtors and the Chapter 13 Trustee, as evidenced by signatures of counsel as set forth below,

Whereas, the Debtors are *at the end of a 36-month plan term* and the case will be coming to a close, it is

ORDERED, that the Debtors may pursue post-petition vehicle financing, with a monthly payment of no more than $350.00 per month, through the conclusion and closing of the Bankruptcy case, it is

ORDERED that the Debtors do NOT have to incorporate the terms of the financing into the Chapter 13 plan and they may pay directly from the vehicle loan inception, it is

ORDERED that the Debtors will file a status report within ten (10) days from the purchase of said vehicle evidencing said terms.

_____
ljm
UNITED STATES BANKRUPTCY JUDGE

Consented to:

/s/ Daniel P. Foster_____

Daniel P. Foster, PA I.D. # 92376

Attorney for Debtors

Foster Law Offices

PO Box 966

Meadville PA  16355

(814) 724-1165

dan@mrdebtbuster.com


/s/ Jana S. Pail_____

Jana S. Pail, PA I.D. # 88910

Attorney for Chapter 13 Trustee

US Steel Tower – Suite 3250

600 Grant St.

Pittsburgh, PA  15219

(412) 471-5566

jpail@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Frank Edward Burgess
Tina Sue Burgess
       Debtors

Case No. 15-10642-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Oct 23, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2018.
db/jdb        +Frank Edward Burgess,   Tina Sue Burgess,   1128 Walnut Street,   Stoneboro, PA 16153-3836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2018 at the address(es) listed below:
       Daniel P. Foster    on behalf of Debtor Frank Edward Burgess dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster    on behalf of Joint Debtor Tina Sue Burgess dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
       Joseph P. Schalk    on behalf of Creditor    Ditech Financial LLC jschalk@barley.com, sromig@barley.com
       Laurence A. Mester    on behalf of Creditor    Capital One Auto Finance lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Green Tree Servicing, LLC pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                      TOTAL: 9