**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **Bankruptcy No. 15-10642-TPA** |
| **Frank Edward Burgess AND** | : | **Chapter 13** |
| **Tina Sue Burgess,** | : | |
| **Debtors** | : | |
| | : | **Docket No.: 110** |
| **Frank Edward Burgess AND** | : | |
| **Tina Sue Burgess,** | : | |
| **Movants** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

**STATUS REPORT**

AND NOW this 19th day of November 2018**,** come Frank Edward Burgess and Tina Sue Burgess ("Debtors"), by and through their attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*.  The Debtors aver as follows:

1. The Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on June 16, 2015 (the "Filing Date").

2. On October 22, 2018, Debtors filed a *Proposed Consent Order for Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On October 23, 2018, this Honorable Court issued the *Proposed Order for Vehicle Financing.*

4. At this time, the Debtors have still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

WHEREFORE, the Debtors file this Status Report in compliance with this Honorable Court's Order dated October 23, 2018.

Date: <u>November 19, 2018</u>                    */s/ Daniel P. Foster, Esquire*

Daniel P. Foster, Esquire
PA. I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors